```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/10/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Hemslojd, Inc.,

                Defendant.

22 Civ. 7692 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 8, 2022, the Court granted Plaintiff's request for an extension of time to submit the parties' joint letter and proposed case management plan on January 9, 2023. ECF No. 9. That submission is now overdue. Accordingly, by **January 24, 2023**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall move for default judgment.

    SO ORDERED.

Dated: January 10, 2023
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge