UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAMON JONES**, on behalf of of himself and all others similarly situated,<br><br>                    **Plaintiff**,<br><br>vs.<br><br>**Hemslojd, Inc.,**<br><br>                    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:22-cv-07692-AT |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ryan A. Kriegshauser, to be admitted, *pro hac vice*, to appear as counsel for Hemslojd, Inc., the defendant in the above-referenced case, and upon movant's certificate that the movant is a member in good standing of the State of Missouri and the State of Kansas, it is hereby

ORDERED, that Ryan A. Kriegshauser is admitted to practice, *pro hac vice*, in the above-referenced case to represent Hemslojd, Inc., in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

                                    /s/ _____
                                    Honorable Analisa Torres
                                    United States District Judge

1