

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/16/2023__

Ryan A. Kriegshauser
ryan@knlawgroup.com
Telephone: (913) 303-0639

Page 1 of 1

May 15, 2023

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

      RE:    Case 1:22-cv-7692, *Damon Jones v. Hemslojd, Inc.*

Dear Judge Torres:

    After consultation, the parties in this matter jointly request that the briefing schedule for the Motion to Dismiss outlined in your Order dated April 24, 2023 (Doc. 30) be adjourned until after the settlement conference currently set for May 31, 2023 at 2:00pm pursuant to Judge Aaron's Order on April 24, 2023 (Doc. 29).

    The basis for this request is maintaining efficiency in this action and preserving judicial economy. The parties are hopeful that a resolution can be reached at the May 31, 2023 Settlement Conference. Adjourning the relevant briefing dates until after the May 31, 2023 Conference may result in briefs not being filed if the matter is resolved or pending resolution.

    Given these circumstances, we respectfully request an extension of time of at least thirty (30) days to each of the deadlines set out in your Order dated April 24, 2023 (Doc. 30).

    We appreciate the Court's consideration of this request. Counsel for the parties are available at the Court's convenience should it have any questions.

                Very Truly Yours,

                /s/ Ryan A. Kriegshauser, Partner
                Kriegshauser Ney Law Group
                *Pro Hac Vice*

GRANTED. Accordingly:

1. By **July 5, 2023**, Defendant shall file its motion to dismiss;
2. By **July 26, 2023**, Plaintiff shall file his opposition papers; and
3. By **August 9, 2023**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: May 16, 2023
      New York, New York

                ANALISA TORRES
                United States District Judge